FILED- LN
May 29, 2025 10:02 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod / 5/29

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *ex rel.* VERITY INVESTIGATIONS, LLC, | Case No. 1:24-cv-738 |
| *Plaintiff/Relator,* | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| KENDRICK PLASTICS, INC., | |
| *Defendant.* | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Verity Investigations, LLC, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as against Kendrick Plastics, Inc. Kendrick Plastics, Inc. has not answered or moved for summary judgment.

Dated: May 28, 2025

Respectfully submitted,

_____
Samuel Simkins
**AKEEL & VALENTINE, PLC**
888 W. Big Beaver Rd.
Suite 350
Troy, MI 48084
Telephone: (248) 308-5837
sam@akeelvalentine.com

Stephen Shackelford, Jr. (*to seek pro hac vice*)
Steven M. Shepard (*to seek pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Plaintiff Verity Investigations, LLC*

2

```
ORIGIN ID:DETA    (248) 269-9595        SHIP DATE: 28MAY25
SAM SIMKINS, ESQ.                       ACTWGT: 1.00 LB
AKEEL & VALENTINE, PLC                  CAD: 104286700/INET4535
888 W. BIG BEAVER ROAD, STE. 350

TROY, MI 48084                          BILL SENDER
UNITED STATES US
```

TO  **CLERK OF THE COURT**
    **USDC WESTERN DISTRICT OF MI**
    **113 FEDERAL BUILDING**
    **315 W. ALLEGAN STREET**
    **LANSING MI 48933**
    (517) 377-1559        REF: VERITY INVESTIGATIONS KENDRICK
    INV:
    PO:                                  DEPT:




58GJ4/EA36/59F2

J5202504080luv

THU - 29 MAY 5:00P
STANDARD OVERNIGHT

TRK# 8815 9118 5944
0201

**68 LANA**        48933
         MI-US    GRR



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.