FILED - GR
May 30, 2025 2:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: JW /6-7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,

  Plaintiff-Relator,

v.

KENDRICK PLASTICS, INC.,

  Defendant.

_____/

Case No. 1:24-cv-738

Hon. Paul L. Maloney
U.S. District Judge

**FILED *EX PARTE* AND UNDER SEAL**

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On or about May 29, 2025, Relator filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the United States consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest.

The United States respectfully requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to Relator's Complaint and as to all other contents of the Court file except those discussed here. Specifically, the United States requests that the Court enter the attached partially-redacted copy of the following pleading[1]:

  1. Memorandum in Support of the United States of America's First *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (Sept. 19, 2024), a partially-redacted copy of which is attached as **Exhibit 1**.

---

[1] Because this case is sealed, the United States does not have access to the electronic record to cite these pleadings in accordance with Administrative Order 16-MS-017.

2. Memorandum in Support of the United States of America's Second *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (March 24, 2025), a partially-redacted copy of which is attached as **Exhibit 2**.

In discussing the content and extent of the government's non-public investigation, including methods and thought processes for assessing Relator's allegations, this pleading was provided under 31 U.S.C. § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended and whether the seal should be partially lifted. *See id.* § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order accompanies this notice.

Dated: May 30, 2025

Respectfully submitted,

ANDREW B. BIRGE
Acting United States Attorney

*/s/ Whitney M. Schnurr*
WHITNEY M. SCHNURR
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
P.O. Box 208
Grand Rapids, MI 49503
Tel: (616) 456-2404
E-mail: Whitney.Schnurr@usdoj.gov