UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,

  Plaintiff-Relator,

v.

KENDRICK PLASTICS, INC.,

  Defendant.

_____/

Case No. 1:24-cv-738

Hon. Paul L. Maloney
U.S. District Judge

**FILED *EX PARTE* AND UNDER SEAL**

## ORDER

The Relator having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT,

1. This action is dismissed without prejudice to Relator Verity Investigations, LLC, and as to the United States; and

2. The seal shall be lifted upon Relator's Complaint and all other previous and subsequent filings in this case, except that only partially-redacted versions of the following pleadings (attached as Exhibits 1 and 2 to the United States' Notice of Consent Dismissal) shall be made public:

    - Memorandum in Support of the United States of America's First *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (Sept. 19, 2024).

    - Memorandum in Support of the United States of America's Second *Ex*

*Parte* Application for an Extension of Time to Consider Election to Intervene (March 24, 2025).

IT IS SO ORDERED, this ___ day of _____, 2025.

_____
HON. PAUL L. MALONEY
U.S. District Judge